**DISMISS and Opinion Filed June 7, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-01041-CV

### PETER HOLLWEDEL AND KIM HOLLWEDEL, Appellants
### V.
### JOHN E. BRONAUGH IN HIS CAPACITY AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARY BRONAUGH, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-01597**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Carlyle
Opinion by Chief Justice Burns

Appellants have filed a motion to dismiss this appeal, asserting they have settled all disputes. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
231041F.P05                              CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

PETER HOLLWEDEL AND KIM
HOLLWEDEL, Appellants

No. 05-23-01041-CV        V.

JOHN E. BRONAUGH IN HIS
CAPACITY AS INDEPENDENT
ADMINISTRATOR OF THE
ESTATE OF MARY BRONAUGH,
Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-01597.
Opinion delivered by Chief Justice
Burns, Justices Pedersen, III and
Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** appellants Peter Hollwedel and Kim Hollwedel bear the costs of their appeal.

Judgment entered June 7, 2024.